# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## HON. THOMAS J. WHELAN

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24CR0372-W |
| Plaintiff, | |
| v. | ORDER |
| JESUS PENUELAS-RIVERA (1) | |
| LUIS ANTONIO CERVANTES SOBERANES (2), | |
| Defendants. | |

For good cause shown and upon the joint motion from the parties, **IT IS HEREBY ORDERED** that the Motion Setting currently scheduled for March 11, 2024 is vacated and a Motion Hearing is set for April 8, 2024 at 9:00 a.m.

It is further ordered that the time between March 11, 2024 and April 8, 2024, is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: 3/7/24

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE